# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARREN R. FORD

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE
Commissioner of Social Security

CASE NUMBER: C07-5223RBL/KLS

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

That the above captioned case be remanded for further administrative proceedings by a new Administrative Law Judge (ALJ), pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **9/19/07**. Plaintiff is entitled to reasonable attorneys fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

|  |  |
|---|---|
| September 19, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/Caroline M. Gonzalez* |
|  | Deputy Clerk |