HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREN R. FORD, | CASE NO. C07-5223RBL |
| Plaintiff, | ORDER GRANTING |
| vs. | COSTS AND ATTORNEY FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $350.00 and attorney fees in the amount of $4,995.00 be awarded to plaintiff.

DATED this 11th day of October, 2007.

_[signature]_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING PETITION
FOR COSTS AND ATTORNEY FEES

**TODD R. RENDA**
**ATTORNEY AT LAW**
**6314 19TH ST. WEST, STE 20**
**TACOMA WA 98466-6223**
253-566-6701
FAX: 253-564-6523